FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

2015 MAR 18 P 2:19

Jacksonville Division

CLERK US DISTRICT COURT
DISTRICT OF FLORIDA

CIVIL RIGHTS COMPLAINT FORM

DARRYL ALLMOND,    CASE NUMBER: 3:15-CV-333-J-34PDB
_____        (To be supplied by Clerk's Office)
_____

(Enter full name of each Plaintiff and
prison number, if applicable)

v.

Duval County Corrections, ET-AL,
Jax. Sheriffs office, UN NAme
Correction officer, John and
Jane Does.

(Enter full name of each Defendant.
If additional space is required, use the
blank area directly to the right).

Defendants were Acting
Under Color of state Law
Defendants are sved in
their individual & official
Cas pacities
Defendants Violated Clearly
Established Law

_____/

ANSWER ALL OF THE FOLLOWING QUESTIONS:

I.  PLACE OF PRESENT CONFINEMENT: Jacksonville Pretrial Detention
    500 E. Adams st. Jax- FL- 32202
    (Indicate the name and location)

II. EXHAUSTION OF ADMINISTRATIVE REMEDIES: Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.

III. PREVIOUS LAWSUITS:

No

DC 225 (Rev 2/2012)          1

A. Have you initiated other lawsuits in state court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof?  Yes ( )  No (✓)

B. Have you initiated other lawsuits in <u>federal court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof?  Yes ( )  No (✓)

C. If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

   1. Parties to previous lawsuit:

      Plaintiff(s): _____

      _____

      Defendant(s): _____

      _____

   2. Court (if federal court, name the district; if state court, name the county): _____

   3. Docket Number: _____

   4. Name of judge: _____

   5. Briefly describe the facts and basis of the lawsuit: _____

      _____

      _____

   6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?): _____

      _____

   7. Approximate filing date: _____

   8. Approximate disposition date: _____

D. Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so,

identify these suits below by providing the case number, the style, and the disposition of each case: _____

_____

_____

_____

_____

IV.   PARTIES: In part A of this section, indicate your full name in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A.   Name of Plaintiff: DARRYL Allmond, 2943 Spring Park, Rd."

Mailing address: 1003, Jacksonville, Fl - 32207

B.   Additional Plaintiffs: _____

_____

_____

In part C of this section, indicate the **full name** of the first named Defendant. Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C.   Defendant: Duval County Corrections, 500 E. Adams

Mailing Address: St. Jacksonville, Fl - 32202

_____

Position: Jail officials

Employed at: 500 E. Adams St. Jax. Fl - 32202

D.   Defendant: Jacksonville Sheriffs Office

Mailing Address: 501 E. Bay St. Jacksonville, Fl - 32202

      Position: **Sheriffs office**

      Employed at: **501 E. Bay St. Jax. Fl. 32202**

E.    Defendant: **UN NAME Officer**

      Mailing Address: **500 E. Adams St.**

      **Jacksonville, Fl.**

      Position: **Correction officer**

      Employed at: **Duval County Jail**

F.    Defendant: _____

      Mailing Address: _____

      Position: _____

      Employed at: _____

G.    Defendant: _____

      Mailing Address: _____

      Position: _____

      Employed at: _____

V.  STATEMENT OF CLAIM: State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.

1. Defendants violated the 4th, 8th, 14th, Amendments & ADA, Plaintiff is a pretrial detainee, Excessive & Unreasonable force was used against him, fail to send Plaintiff to medical on pain & injuries by an attack by correction office with cause, ADA Protection apply to Americans with disability's Act of discrimination by def.

VI.  STATEMENT OF FACTS: State as briefly as possible the FACTS of your case. Describe how each defendant was involved. **Do not make any legal arguments or cite any cases or statutes.** State with as much specificity as possible the facts in the following manner:

1. Name and position of person(s) involved.
2. Date(s).
3. Place(s).
4. Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5. Nature and extent of injury (i.e., physical injury or how you were harmed by the acts of the defendant[s]).

6. John Doe officer in Corrections. On date 2/27/15 at the Duval County Jail 4th Floor outside of the recreation room did in fact Grab Plaintiff by the right shoulder, a horse collar, violently pull Allmond towards him with a strong arm, then forcing Plaintiff backwards, causing pain, injury in both shoulders, Neck, Back, causing mental anguish and pain. Def. ask Allmond if he was hurt prior to Allmond

saying take your hands off me, you can not do that, Allmond stated yes I am in pain. Def. stated after pumping up his chest in a hostal manner, so do you want to play a game.

7. Def. fail to provide medical treatment. Plaintiff submitted a grievance and sick call request. A Nurse seen Plaintiff on the 3-5-14 and provide pain medication for his injury after exeamination. Defendants Duval County Corrections, Jax.Sheriffs office and Unname Correction officer was and had a callous, reckless, indifferent disreguard to Plaintiffs safety, health, well being and Plaintiff Constitutional Rights, Human Rights. There was no reason for any force to be used against the Plaintiff, an act of malice that cause Allmond serious pain in injury.

8. Defendants violated their own policies, Procedures, training and breach their oaths. A sargeant place the unmane c/o on the door rec. Area while around 12 other c/o was shaking or pat searching inmates. Plaintiff comply to the officer's order and was attack, exposed Allmond to the risk of more serious harm, other officers were step's away. Video Recording should have Recorded.

VII. RELIEF REQUESTED: State briefly what you want the Court to do for you. Again, do not make any legal arguments or cite any cases or statutes.

_____

8. Compensatory damages each of them $200,000."
Declaratory Relief, That defendants violated 42 USC 1983
Injunction Relief, Restraining defendants from harming Plfd.
Jury Trial on all Issues Triable by Jury
Punitive damages to be proven at Trial
or if malice, wanton infliction of pain/ill will
Special damages, on grounds ADA Protections of disabilities
Any other relief this Court finds proper and just, fees
and costs.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Signed this 6th day of MARCH, 2015.

_____
(Signatures of all Plaintiffs)

### IF MAILED BY PRISONER:

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one): ☐ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail on: the _____ day of _____, March, 2015.